## PENNSYLVANIA *v.* ANDREW SULLIVAN.

THIS was an indictment for a rape on *Sarah Suth-*
   *erland,* on 19th *June,* 1793.
   *Rofs,* for the prifoner, fuggefted that both penetration 12 *Co.* 36-7.
and emiffion muft be proved ; though he admitted, that 1 *Hawk.* 69.
this opinion had been doubted by lord *Hale.* He urged 1 *Hale P. C.*
alfo the incredibility of the teftimony.                 628.
   PRESIDENT. *Emiffio feminis* of itfelf makes not
rape without actual penetration, but it is faid that, as
evidence of penetration, it is proper evidence on a trial 1 *Hale* 628.
for a rape. The effence of the crime is not the beget-
ting a child, which cannot be done without emiffion ;
but the violence done to the perfon and feelings of the
woman, which is completed by penetration, without
emiffion. We are therefore inclined to be of lord *Hale's*
opinion, that the crime is fufficiently proved, when pe- *Woods' Inft,*
netration is proved. If, together with penetration, 370.

emiffion muft be proved, may not the ravifher prevent proof of his crime by onanifm? Or is it to be expected, that the woman, efpecially agitated by fuch outrage, fhould be able to give explicit proof of this circumftance, The jury found him not guilty.